```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10058
   RESAEN K TOMPKINS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-4540

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/05/2007 and was not confirmed.

     The case was dismissed without confirmation 08/13/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
HSBC MORTGAGE SERVICE    CURRENT MORTG          .00            .00            .00
HSBC MORTGAGE SERVICE    MORTGAGE ARRE     25758.56            .00            .00
AMERICAN HONDA FINANCE C SECURED NOT I     35582.15            .00            .00
NICOR GAS                UNSECURED         NOT FILED           .00            .00
PLAINS COMM              UNSECURED         NOT FILED           .00            .00
US DEPT OF EDUCATION     UNSECURED         NOT FILED           .00            .00
ASSET ACCEPTANCE LLC     UNSECURED          1050.98            .00            .00
ASSET ACCEPTANCE LLC     UNSECURED           675.00            .00            .00
ROUNDUP FUNDING LLC      UNSECURED           367.91            .00            .00
PHILIP A IGOE            DEBTOR ATTY           .00                            .00
TOM VAUGHN               TRUSTEE                                              .00
DEBTOR REFUND            REFUND                                            700.00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    700.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                   700.00
                          ---------------   ---------------
TOTALS                     700.00                700.00




                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 10058 RESAEN K TOMPKINS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/03/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |